Haworth Law Office
James W. Haworth (No. 095066)
104 Walnut Ave, Ste. 204.,
Santa Cruz, CA 95060
Phone: (831) 466-9680

Attorney for Debtor, Laurie Pimentel

The following constitutes the
Order of the Court, Signed _____ 2010

Not Signed

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

ASW
11/8/10

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

LAURIE PIMENTEL,

    Debtor.

Bankruptcy No. 10-53697 ASW

Chapter 13

ORDER DENYING REQUEST FOR
DISMISSAL BY TRUSTEE
FOR FAILURE TO MAKE
FIRST PLAN PAYMENT

    The Chapter 13 Trustee having requested the Court to dismiss the instant case without prejudice for failure of the debtor to make first plan payment, and the debtor having opposed the request by her declaration under penalty of perjury, the Court orders as follows:

    The request by the Chapter 13 Trustee to dismiss the debtor's petition without prejudice is denied. Debtor shall forward payment of the first plan payment to the trustee immediately upon being notified of this order.

**END OF ORDER**

# COURT SERVICE LIST

Devin Derham-Burk
Chapter 13 Trustee
P.O. Box 50013
San Jose, CA 95150-0013

Office of the U.S. Trustee/San Jose
U.S. Federal Building
280 S. 1st Street, #286
San Jose, CA 95113-3004